IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICKSON OCASIO, on behalf of plaintiff and the class members described herein, ) ) ) Plaintiff, ) ) v. ) ) FIRST FINANCIAL INVESTMENT FUND V ) LLC, and TATE & KIRLIN ASSOCIATES, ) INC., ) ) Defendants. | Case No. 1:15-cv-10167<br><br>Judge Sara L. Ellis<br><br>Magistrate Judge Maria Valdez |

**PRELIMINARY APPROVAL ORDER**

The Court, having considered the Parties' Joint Motion for Preliminary Approval, hereby grants preliminary approval to the Class Settlement Agreement ("Agreement") between Erickson Ocasio ("Ocasio" or "Plaintiff"), individually and as representative of a class ("Class"), and Defendants, First Financial Investment Fund V, LLC ("First Financial") and Tate & Kirlin Associates, Inc. ("T&K") (First Financial and T&K are collectively "Defendants") as follows:

1. The terms of the Agreement are reasonable, fair and the Court adopts the definitions in the Agreement herein. The terms of the Agreement are hereby approved by the Court, subject to the final fairness hearing described below.

2. The following class is certified for settlement purposes only:

(a) all individuals with Illinois addresses (b) to whom defendant T&K (c) sent a letter on behalf of First Financial (c) offering to settle or discount (d) a medical debt on which the last payment or activity date had occurred more than five years and one month prior to the letter, (e) as to which T&K does not have in its possession a written agreement specifying the dollar amount of the debt and agreement to pay it (f) which letter was sent on or after November 9, 2014 and on or before November 30, 2015.

3. The Court approves the parties' proposed Class Notice and directs it be mailed to the last known address of the Class Members. The Settlement Administrator shall distribute the notice via any form of U.S. Mail providing address forwarding. Each notice shall be sent with a request for forwarding addresses. In the event that a notice is returned as undeliverable and a forwarding address is provided, the Settlement Administrator shall cause to be forwarded any such returned notice to the address provided within four (4) days of receipt.

4. The Court finds that mailing of the Class Notice is the only notice required and that such notice satisfies the requirements of due process and Federal Rule of Civil Procedure 23(c)(2)(B).

5. The Court approves the appointment of First Class, Inc. as the notice and claims administrator.

6. Class Members have until June 12, 2017, or the first business day after the 60th day after the initial mailing of the Class Notice on April 13, 2017, to complete and postmark a claim form, request to opt out of the proposed settlement, or object to the proposed settlement. A request for exclusion must be in writing and must include language to the effect "I hereby wish to exclude myself from the settlement in *Erickson Ocasio v. First Financial Investment Fund V, LLC and Tate & Kirlin Associates, Inc.*, Case No. 15-cv-10167." The request must also include the name, address, phone number and signature of the person(s) (or their authorized representative) seeking exclusion. The request must be mailed to the Settlement Administrator at the address provided in the Class Notice and postmarked by such date as set by the Court. A request for exclusion that does not include all of the foregoing information, or that is sent to an address other than the one designated in the Class Notice, or that is not received within the time specified shall be invalid and the person(s) serving such request shall remain a Class Member

131576071v1 0980875

and shall be bound as a Class Member by the Settlement, if approved. The Settlement Administrator shall forward copies of all requests for exclusion to Counsel for the Parties no later than seven (7) days after the deadline for Class Members to submit such requests.

7. Class Counsel shall file a petition for approval of Class Counsel's reasonable attorney fees and expenses by May 29, 2017, which the Court shall rule on at the final approval hearing.

8. Defendants shall file a notice that they have complied with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. §1715(b) by July 19, 2017.

9. Plaintiff shall file a motion for final approval of the Agreement on or before July 19, 2017.

10. A final hearing on the fairness and reasonableness of the Agreement and whether final approval shall be given to it and the request for Class Counsel for attorney's fees and expenses will be held on July 26, 2017, at 10:00 a.m.

ENTERED: _____

United States District Judge Sara L. Ellis

DATE: March 14, 2017