# APPENDIX 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICKSON OCASIO, on behalf of plaintiff and the class members described herein,<br><br>Plaintiff,<br>v.<br><br>FIRST FINANCIAL INVESTMENT FUND V LLC, and TATE & KIRLIN ASSOCIATES, INC.,<br><br>Defendants. | Case No. 1:15-cv-10167 |

## AFFIDAVIT OF BAILEY HUGHES

STATE OF ILLINOIS, COUNTY OF COOK

I, Bailey Hughes, under penalty of perjury, affirm that the following statements are true:

1. I am over eighteen (18) years of age, and am fully competent to give this affidavit.
2. I am a Case Manager at First Class, Inc. and have personal knowledge of this matter.
3. First Class, Inc., a Class Action Administration Service, was appointed as the Class Settlement Administrator in this matter and is not a party to this action.
4. The class list was received from Jennifer Weller of Hinshaw & Culbertson LLP, and contained 1,503 records.
5. Prior to mailing the notice to the individuals on the class mailing list, First Class, Inc. followed its standard practice of processing the list through the Coding Accuracy Support System (CASS) and the NCOA (National Change of Address) update process of the U.S. Postal Service using software certified by the U.S. Postal Service. CASS allows First Class, Inc. to verify the address is correctly formatted for delivery and corrects zip codes. NCOA Move Update provides current address information, if available, and information regarding deliverability.
6. Prior to mailing the notice to individuals on the class mailing list, First Class, Inc. followed its standard practice of checking for, and removing exact duplicate records within the class list, and in this case, 50 exact duplicates were found and removed.
7. The notices were mailed on April 13, 2017 to 1,453 class members. The class

representative, Erickson Ocasio, was added to the class list and mailed a notice on April 24, 2017.

8. The notices were mailed via First Class mail, postage prepaid, with Forwarding Service Requested.

9. As of July 7, 2017, a total of 129 notices were returned as undeliverable with no forwarding address or further information provided by the U.S. Postal Service.

10. As of July 7, 2017, a total of 3 notices were returned by the U.S. Postal Service with a new address and remailed.

11. As of July 7, 2017, no objections have been received by First Class, Inc.

12. As of July 7, 2017, no requests for exclusion have been received by First Class, Inc.

13. As of July 7, 2017, 179 valid claim forms have been received which were postmarked on or before the cutoff date of June 12, 2017.

14. As of July 7, 2017, 2 claim forms have been received which were postmarked after the cutoff date of June 12, 2017. These claim forms were sent to Counsel for review, and deemed valid claims.

FURTHER AFFIANT SAYETH NOT.

_____
AFFIANT

_____
NOTARY PUBLIC

OFFICIAL SEAL
LONNA B STREIGHT-SCHULZ
Notary Public - State of Illinois
My Commission Expires Aug 18, 2018

SWORN TO AND SUBSCRIBED before me this 11th day of July, 2017 by Bailey Hughes of First Class, Inc.